IN THE SUPREME COURT OF TEXAS

 No. 06-0108

 IN RE MAIN PLACE CUSTOM HOMES, INC.

 On Motion Pursuant to Texas Rule of Appellate Procedure 24.4

ORDERED:

 1. Movant's emergency motion for temporary relief, filed February
9, 2006, is granted only insofar as it seeks a stay of the enforcement of
the trial court's Final Amended Judgment. Post-judgment discovery is not
stayed. The trial court's order Setting Aside Defendants' Cash in Lieu of
Bond to Suspend Enforcement of Judgment, dated October 14, 2005, in Cause
No. 2002-60191-393, styled Richard Honaker and Ginger Honaker v. Main Place
Custom Homes, Inc., Stonebriar Residential Joint Venture, a Texas General
Partnership, Residential, LTD., Hillwood Property Company, formerly known
as Hillwood Clubs, Inc., Marc Wilson d/b/a Texas Green, Larry F. Smith,
Inc., Ron Smith and Chubb Lloyds Insurance Company of Texas, in the 393rd
Judicial District Court of Denton County, Texas, is stayed pending further
order of this Court.
 2. The motion pursuant to Texas Rule of Appellate Procedure 24.4
remains pending before this Court.

 Done at the City of Austin, this March 9, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk